IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Toby Lamb II,

    Plaintiff(s),

vs.

Justin Reece, et al.,

    Defendant(s).

Case Number: 1:20cv265

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 23, 2021 a Report and Recommendation (Doc. 28). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 30) and defendants' filed a response to plaintiff's objections to the Report and Recommendation (Doc. 31).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that defendant's motion for summary judgment (Doc. 14) is GRANTED for failure to exhaust remedies under 42 U.S.C. §1997e. Plaintiff's complaint is DISMISSED without prejudice.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court